Below is an Order of the Court.

_____
FRANK R. ALLEY
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC RECYCLING, INC.<br><br>Debtor. | Case No. 15-62925-fra11<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULES, SUMMARY OF SCHEDULES AND DECLARATIONS** |

THIS MATTER having come before the Court upon the Motion for Extension of Time to File Schedules, Summary of Schedules and Attorney's Disclosure of Compensation filed by Pacific Recycling, Inc. ("Debtor") and the court finding that there is good cause for the requested extension,

IT IS HEREBY ORDERED that the deadline for Debtor to file its Schedules, Summary of Schedules, Declaration to Schedules, Statement of Financial Affairs and Declaration to Statement of Financial Affairs shall be extended to 5:00 p.m. on Monday, September 14, 2015.

### # # #

I certify I have complied with the requirements of LBR 9021-1(a)(2)(A).

Page 1 – **ORDER EXTENDING TIME TO FILE SCHEDULES, SUMMARY OF SCHEDULES AND ATTORNEY'S DISCLOSURE OF COMPENSATION**

29501.002\4815-9077-3544.v1

Presented by:

CABLE HUSTON LLP


By: /s/ Laura J. Walker
    Laura J. Walker, OSB No. 794329
    lwalker@cablehuston.com
    Donald J. Koehler II, OSB No. 131313
    dkoehler@cablehuston.com
    1001 SW 5th Avenue, Suite 2000
    Portland, OR 97204-1136
    Telephone:(503) 224-3092
    Facsimile: (503) 224-3176

    Attorneys for Debtor

# CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served the foregoing **DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES** by **MAILING** a full, true and correct copy thereof in a sealed, postage-paid envelope, addressed as shown below, and deposited with the U.S. Postal Service at Portland, Oregon, on the date set forth below:

Office of the United States Trustee
405 E 8th Avenue #1100
Eugene, OR 97401-2706

Joseph M. VanLeuven
Davis Wright Tremaine LLP
1300 SW 5th Avenue, Suite 2400
Portland OR 97201

All Pro Machine & Mfg.
Attn: Jim Barr
1950 N 39th Street
PO Box 71727
Springfield, OR 97475

Bank of America Credit Card
Attn: Jon McLean
206 E 10 Street
Eugene, OR 97401

DEQ
Attn: Mary Fritzmann
811 SW 6th Avenue
Portland, OR 97204

Dorman Construction, Inc.
Attn: Steve Dorman
303 S 5th Street #135
Springfield, OR 97477

John Graham
3480 Eola Drive
Salem, OR 97304

Pacific Recycling, Inc.
3300 Cross Street
PO Box 2633
Eugene, OR 97402

GE Capital
c/o John W. Weil
Weil & Lewandowski LLP
10300 SW Greenburg Road, Suite 430
Portland, OR 97223

AmeriMex Motor & Controls, Inc.
Attn: Wade Stockstill
707 North Drennan Street
Houston, TX 77003

Columbia State Bank Credit Card
Attn: Jeff Kister
1005 Green Acres Road, No. 101
Eugene, OR 97408

Deus Machine
Attn: Ravi Brounstein
1430 Willamette Street
Eugene, OR 97401

Farwest Steel Corporation
Attn: Shelly Skites
PO Box 1026
Eugene, OR 97440

HMS Trading (LL Trading)
Attn: Lisa Li
11 Leona Drive
San Rafael, CA 94903

Page 3 – ORDER EXTENDING TIME TO FILE SCHEDULES, SUMMARY OF SCHEDULES AND ATTORNEY'S DISCLOSURE OF COMPENSATION

29501.002\4815-9077-3544.v1

Case 15-62925-fra11    Doc 20    Filed 09/14/15

| | |
|---|---|
| Ideal Steel<br>Attn: Ron Duquette Sr.<br>90693 Link Road<br>Eugene, OR 97402 | Larkins Vacura LLP<br>c/o Christopher J. Kayser<br>121 SW Morrison Street, Suite 700<br>Portland, OR 97204 |
| Murphy Company<br>Attn: Dave Knight<br>2350 Prairie Road<br>Eugene, OR 97402 | Melva Murphy<br>342 SW Oleander Street<br>Junction City, OR 97448 |
| Sam Jacobs Group LLC<br>Attn: Sam Jacobs<br>1220 S 194th Street<br>Omaha, NE 68130 | Spectrum CPA Group, LLP<br>Attn: Ron Boyd<br>233 SW Wilson Avenue, Suite 204<br>Bend, OR 97702 |
| Tyree Oil<br>Attn: Ashley/Carissa<br>1355 West 1st Avenue<br>PO Box 2706<br>Eugene, OR 97402 | Umpqua Bank Credit Card<br>Attn: Randy Richichi<br>675 Oak Street<br>Eugene, OR 97401 |
| Union Pacific Railroad Company<br>Attn: Demurrage Team<br>1400 Douglas Street<br>Stop 1410<br>Omaha, NE 68179-1410 | Willimina Lumber<br>Attn: Dave Kiser<br>1000 Willamina Creek Road<br>PO Box 8<br>Willamina, OR 97396-0008 |

DATED this 9th day of September, 2015.

CABLE HUSTON LLP

By: /s/ Laura J. Walker
    Laura J. Walker, OSB No. 794329
    Donald J. Koehler II, OSB No. 130313
    Of Attorneys for Debtor

Page 4 – ORDER EXTENDING TIME TO FILE SCHEDULES, SUMMARY OF SCHEDULES AND ATTORNEY'S DISCLOSURE OF COMPENSATION

29501.002\4815-9077-3544.v1

Case 15-62925-fra11    Doc 20    Filed 09/14/15