P. Rebecca Kamitsuka, OSB #933261
Trial Attorney
Office of the United States Trustee
Wayne L. Morse Federal Courthouse
405 East Eighth Avenue, Room 1100
Eugene, Oregon 97401
Telephone: (541) 465-6330

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In Re: Pacific Recycling, Inc.<br><br>Debtor | Case No. 15-62925-fra11<br><br>APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
|---|---|

Based on 11 U.S.C. § 1102(a) and (b), the United States Trustee for Region 18, through her attorney P. Rebecca Kamitsuka, hereby appoints the following unsecured creditors of the above-named debtor to the Committee of Unsecured Creditors:

| CREDITOR/<br>REPRESENTATIVE | ADDRESS | TELEPHONE/<br>FAX |
|---|---|---|
| **CHAIRPERSON**<br>Steve Dorman, President<br>Dorman Construction, Inc.<br>steve@dorman-const.com | 303 S. 5th Street<br>Suite #135<br>Springfield, OR 97477 | Tele: 541-984-0012<br>Fax: 541-984-0013 |

Page **1 of 2 - APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

| Sam Jacobs<br>Jacobs Group, LLC<br>samjacobs88@comcast.net | 2373 NE 30th Court<br>Light House Point, FL<br>33064 | Tele: 402-910-5078<br>Fax: 954-942-5356 |
| --- | --- | --- |
| Lisa Li, CEO<br>HMS Trading<br>LLTrading05@gmail.com | P.O. Box 403<br>Corte Madera, CA 94976 | Tele: 415-342-0218<br>Fax: 415-461-2688 |
| Sarah Coffman<br>Ideal Steel, Inc.<br>scoffman@idealsteelinc.com | 90693 Link Road<br>Eugene, OR 97402 | Tele: 541-689-0901<br>Fax: 541-689-6933 |

Dated: September 14, 2015.

Respectfully submitted,

GAIL BREHM GEIGER
Acting United States Trustee


*/s/ P. Rebecca Kamitsuka*
P. REBECCA KAMITSUKA, OSB #933261
Trial Attorney

Page **2 of 2 - APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

**CERTIFICATE OF SERVICE**

I, P. Rebecca Kamitsuka, hereby certify as follows:

1. On September 14, 2015, the attached document was served on the persons shown below by depositing a true copy thereof, in a sealed envelope with First-Class postage prepaid and addressed as shown below, in the U.S. Mail, at Eugene, Oregon.

| | |
|---|---|
| Sarah Coffman<br>Ideal Steel, Inc.<br>90693 Link Road<br>Eugene, OR 97402 | Lisa Li, CEO<br>HMS Trading<br>P.O. Box 403<br>Corte Madera, CA 94976 |
| Steve Dorman, President<br>Dorman Construction, Inc.<br>303 South 5th Street, Suite 135<br>Springfield, OR 97477 | Sam Jacobs<br>Jacobs Group, LLC<br>2373 NE 30th Ct.<br>Light House Point, FL 33064 |
| Jonathan R. Doolittle<br>101 2nd St., #1800<br>San Francisco, CA 94105 | |

2. Based on the Bankruptcy Court's Electronic Case Filing records, the following person(s) should be served electronically when the attached document is filed with the Court:

- LAURA J. WALKER  lwalker@cablehuston.com; dkoehler@cablehuston.com
- JOSEPH M. VANLEUVEN  joevanleuven@dwt.com
- JOHN WEIL  jweil@tsbnwlaw.com
- JOHN D. ALBERT  Darlene@shermlaw.com; jalbert@shermlaw.com
- CONDE T. COX  ccox@lbblawyers.com
- US Trustee, Eugene  USTPRegion18.EG.ECF@usdoj.gov

*/s/P. Rebecca Kamitsuka_____*
P. REBECCA KAMITSUKA, OSB# 933261
Trial Attorney